**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

THE BODY FIRM, LLC d/b/a Crepe Erase and
GUTHY-RENKER LLC,

                Defendant.
-------------------------------------------------------------X

Case No.  1:19-3415-NGG-PK

## NOTICE OF VOLUNTARY DISMISSAL

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against The Body Firm, LLC and Guthy-Renker LLC. No Answer has been filed in this case.

Dated: Brooklyn, New York
        June 17, 2019

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                              By:*/s/Dan Shaked*_____
                                   Dan Shaked (DS-3331)
                                   44 Court St., Suite 1217
                                   Brooklyn, NY 11201
                                   Tel. (917) 373-9128
                                   Fax (718) 704-7555
                                   e-mail: ShakedLawGroup@Gmail.com