S/F

**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                        Case No. 1:19-3415-NGG-PK

           Plaintiff,

- against -

THE BODY FIRM, LLC d/b/a Crepe Erase and
GUTHY-RENKER LLC,

           Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against The Body Firm, LLC and Guthy-Renker LLC. No Answer has been filed in this case.

Dated: Brooklyn, New York
       June 17, 2019

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By:*/s/Dan Shaked*
                                         Dan Shaked (DS-3331)
                                         44 Court St., Suite 1217
                                         Brooklyn, NY 11201
                                         Tel. (917) 373-9128
                                         Fax (718) 704-7555
                                         e-mail: ShakedLawGroup@Gmail.com

*So ordered*
s/Nicholas G. Garaufis
6/18/19